Avraham E. Aizenman (SBN 304663)
Email: eaizenman@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Defendant*
*Ally Financial Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Poff, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ally Financial Inc., and DOES 1-10, inclusive.<br><br>Defendants. | Case No.: 2:21-cv-06335-MCS-PD<br><br>**NOTICE OF SETTLEMENT**<br><br>Honorable Judge Mark C. Scarsi |

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Linda Poff (Plaintiff) and Defendant Ally Financial Inc. (Defendant) (collectively, the Parties) have reached a settlement of the above-captioned matter. The Parties are currently finalizing a formal settlement agreement and will promptly file a stipulation for dismissal once the settlement agreement is finalized and executed. The parties expect to file a stipulation for dismissal within 30 days. The parties respectfully request that the Court vacate all pending deadlines.

DATED: October 4, 2021

    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

    By: /s/ Andrew Brashler
        Todd M. Friedman
        Adrian R. Bacon
        Andrew Brashler
        Attorneys for Plaintiff
        Linda Poff

DATED: October 4, 2021

    REED SMITH LLP

    By: /s/ Avraham E. Aizenman
        Avraham E. Aizenman[1]
        Attorneys for Defendant
        Ally Financial Inc.

---

[1] Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware